UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DANIEL JOHN RILEY, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 2:15-cv-00266-JMS-WGH |
| ) | |
| LEANN LARIVA, ) | |
| ) | |
| Respondent. ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court, having this day directed the entry of final judgment, now enters FINAL JUDGMENT in favor of the respondent and against the petitioner, Daniel Riley.

Riley's petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

Date: October 26, 2015

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk of Court

By: _____
Deputy Clerk

Distribution:

Daniel Riley
No. 14528-052
Terre Haute-FCI
P.O. Box 33
Terre Haute, IN 47808